# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JESSICA MILLS AND DONNA RUSSELL

NO. 2022 CW 1019

VERSUS

USAA D/B/A GARRISON PROPERTY AND CASUALTY INSURANCE CO., EZMEE HUTTON, AND LIBERTY PERSONAL INSURANCE CO.

SEPTEMBER 19, 2022

---

In Re: Garrison Property and Casualty Insurance Company and Ezmee Hutton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 692,222.

---

BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

MRT
WRC

Hester, J., dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT